**Form for Filing a Section 1983 Civil Rights Complaint (by persons not in jail or prison)**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
_____ DIVISION

Keynon Johnson
Xavien Johnson
_____

**FILED**

MAR 2 2 2016

DAVID CREWS, CLERK
By_____ Deputy

(Enter above the full name of the Plaintiff[s] in this action.)

-vs-

Carolyn McAdams
Jamell Calhoun, SR.
Antoine Anderson
_____

Case No. 4:16CV60-DMB-JMV
(To be assigned by Clerk)

(Enter above the full name of ALL Defendant[s] in this action. Fed. R. Civ. P. 10(a) requires that the caption of the complaint include the names of all the parties. Merely listing one party and "et al" is insufficient.)

**COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C. §1983**
**(by persons not in jail or prison)**

III. Parties
(In item A below, place your name in the first blank and place your present address in the second blank. If more than one plaintiff, attach an additional sheet that provides each plaintiff's name and address.)

A.  Name of Plaintiff: Keynon Johnson
    Address: 904 Leflore Ave, Greenwood MS 38930

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of an additional

Form for Filing a Section 1983 Civil Rights Complaint (by persons not in jail or prison)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
_____ DIVISION

Keynon Johnson
Xavien Johnson

(Enter above the full name of the Plaintiff[s] in this action.)

-vs-

Carolyn McAdams
Jamell Calhoun, SR.
Antoine Anderson

Case No_____
(To be assigned by Clerk)

(Enter above the full name of ALL Defendant[s] in this action. Fed. R. Civ. P. 10(a) requires that the caption of the complaint include the names of all the parties. Merely listing one party and "et al" is insufficient.)

**COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C. §1983**
**(by persons not in jail or prison)**

III. Parties
(In item A below, place your name in the first blank and place your present address in the second blank. If more than one plaintiff, attach an additional sheet that provides each plaintiff's name and address.)

A. Name of Plaintiff: Xavien Oshey Johnson
   Address: 1804 Leflore Ave Greenwood Ms 38930

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of an additional

defendants.)

B. Defendant, Carolyn McAdams, is employed as Mayor of the City of Greenwood MS. at 101 West Church St Greenwood MS 38930.

C. Additional Defendants:

Jamell Calhoun, SR. Police Officer
101 West Church St Greenwood MS 38930

Antoine Anderson Police Officer
101 West Church St Greenwood MS 38930

IV. Statement of Claim

State here as briefly as possible the facts of your case, that is, what happened that caused you to file this complaint. Describe how each defendant is involved. Include also dates and places where the complained of events occurred. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

On Tuesday September 30, 2015 I Keynon Johnson was at the 200 East Johnson when I called the police department about a unknown male subject who was trying to fight my husband. When Officer Jamell Marquis Calhoun SR arrived on the scence, I being to tell him what happen for me to call the police. I told the officer that the unknown subject said that he will hit my husband in his face. Then officer Jamell Calhoun said that he didn't care about our gay ass and that someone needs to kill our gay ass. Then I went to the Mayor office to do a complaint with her and she told me to leave her office that she will sopport her police officer. I told her everysents I moved here in 2014, I have been harnessed by the police department. I have filed 20 complaints against the police department and have nothing been done about it. The police officer tryed to force us to have sex with them.

V. State the names of witnesses who would testify for you or on your behalf, and state **briefly** what they would say.

WITNESS'S NAME                WHAT THIS WITNESS WOULD SAY

VI. Name all **documents** that you know of which would support your claim and state **briefly** what each document says or shows.

DOCUMENT                                WHAT THE DOCUMENT SAYS OR SHOWS

VII. Explain how you were injured (incurred medical costs, incurred physical injury and/or emotional distress, etc.)

I Keynon Johnson and Xavien Johnson had suffer with emotional distress and hardship. And I Keynon Johnson and Xavien Johnson suffer with mental distress from the Incident.

VIII. Relief

State briefly exactly what you want the court to do for you.

I Keynon Johnson and Xavien Johnson want the Court to order a ~~simple~~ Judgment for pain and suffering, 2 million dollars and

I want the court to order a Judgment for harrassment 2 million dollars and Also I want the court to order a Judgment for Sexual Assault 6 million dollars

## IX. Jury Demand

I would like to have my case tried by a jury.

☒ Yes

☐ No

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.

Signed this 21 day of March, 2016.

*Keynon Johnson*
*Xavien Johnson*

(Signature of Plaintiff/Plaintiffs)